UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MORIARTY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA LASER CUTTING, INC. and JAMES A. KULAS,<br><br>　　　　　Defendants. | Case No.: 2:11-CV-01923-APG-VCF |

## ORDER

The Complaint in this action was filed December 1, 2011. On June 1, 2012, Plaintiff Dennis Moriarty filed a Suggestion of Bankruptcy (Doc. #12) as to Defendants Southern Nevada Laser Cutting, Inc. and James A. Kulas. Since that time, there has been no further activity in this case.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before February 28, 2014, and shall file additional written joint status reports at 120 day intervals thereafter.

DATED this 3rd day of February, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE